**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENITO GUTIERREZ, | NO. CV 12-3996-DDP(E) |
|     Petitioner, | |
|   v. | JUDGMENT |
| MARTIN D. BITER, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 3, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE